| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| SYLVESTER J. HOFFART, Individually and as Guardian of the Person and Estate of Louise T. Hoffart, | § § § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION NO. 1:08-CV-46 |
| HAL C. WIGGINS, JOANNE WIGGINS and DWD CONTRACTORS, INC., | § § § § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07 entered on January 24, 2008.[1] The court has received and considered the report of the United States magistrate judge, who recommends that the court deny Plaintiff's motion for entry of default judgment (Docket No. 158). Objections to the report and recommendation were filed on August 2, 2011 (Docket No. 163). The court's independent review confirms that the magistrate judge's analysis is correct.

Plaintiff's objections are **OVERRULED**, the report and recommendation of the magistrate

---

[1] On August 4, 2011, this case was reassigned to United States Magistrate Judge Zack Hawthorn.

judge is **ADOPTED**, and Plaintiff's "Motion for Entry of Default" (Docket No. 148) is **DENIED**.

SIGNED at Sherman, Texas, this 15th day of August, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE